CO-386-online
10/03

# United States District Court
# For the District of Columbia

Mylan Laboratories Inc. and Mylan )
Pharmaceuticals Inc. )
)
)
                       Plaintiff )    Civil Action No._____
   VS )
)
Michael O. Leavitt, Secretary of Health and Human Services, )
ANDREW C. VON ESCHENBACH, M.D., COMMISSIONER )
OF FOOD AND DRUGS, and UNITED STATES FOOD AND )
DRUG ADMINISTRATION )
                    Defendant )

## CERTIFICATE RULE LCvR 7.1

I, the undersigned, counsel of record for _Mylan Laboratories Inc. and Mylan Pharmaceuticals Inc._ certify that to the best of my knowledge and belief, the following are parent companies, subsidiaries or affiliates of _Mylan Laboratories Inc. and Mylan Pharmaceuticals Inc._ which have any outstanding securities in the hands of the public:

Mylan Laboratories Inc.,
Mylan Pharmaceuticals Inc.,
Mylan Technologies Inc.

These representations are made in order that judges of this court may determine the need for recusal.

Attorney of Record

_____
Signature

345124
BAR IDENTIFICATION NO.

E. Anthony Figg
Print Name

1425 K Street N.W., Suite 800
Address

Washington DC 20005
City       State       Zip Code

202-783-6040
Phone Number