## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| MYLAN LABORATORIES INC. and<br>MYLAN PHARMACUETICALS INC.<br><br>        Plaintiffs,<br><br>    v.<br><br>MICHAEL O. LEAVITT,<br>in his official capacity as<br>SECRETARY OF HEALTH AND<br>HUMAN SERVICES,<br><br>and<br><br>ANDREW C. VON ESCHENBACH, M.D.,<br>in his official capacity as<br>COMMISSIONER OF FOOD AND DRUGS,<br><br>and<br><br>UNITED STATES FOOD AND DRUG<br>ADMINISTRATION<br><br>        Defendants. | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) Civil Action No.07-cv-00571<br>)   Hon. Ricardo M. Urbina<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) |

**RETURN OF SERVICE
FOR MICHAEL O. LEAVITT
SECRETARY OF THE UNITED STATES
DEPARTMENT OF HEALTH AND HUMAN SERVICES**

AO 440 (Rev. DC - September 2003) Summons in a Civil Action

## RETURN OF SERVICE

| | DATE |
|---|---|
| Service of the Summons and complaint was made by me[1] | 3·23-07 |
| NAME OF SERVER *(PRINT)* NASRI v B HAGE | TITLE Litigation Paralegal |

*Check one box below to indicate appropriate method of service*

☐ Served personally upon the defendant. Place where served: _____

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.

   Name of person with whom the summons and complaint were left: _____

☐ Returned unexecuted: _____

☒ Other (specify): served upon Amor Corpuz accepted service on behalf of U.S. Dept. of Health and Human Services

### STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES | TOTAL |
|---|---|---|
| | | |

### DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on  3-23-07
             Date          Signature of Server

1425 K. NW, suite 800
Washington, D.C. 20005
             Address of Server

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.

**CERTIFICATE OF SERVICE**

The undersigned hereby certifies that the foregoing **RETURN OF SERVICE FOR MICHAEL O. LEAVITT SECRETARY OF THE UNITED STATES DEPARTMENT OF HEALTH AND HUMAN SERVICES** was electronically filed this 5th day of April, 2007. Notices of filing will be sent to all parties by operation of the court's electronic filing system. Parties may access this filing through the Court's System.

*Minaksi Bhatt*
_____
Minaksi Bhatt