A0 458 (Rev. 11/04 DC)-Appearance

# United States District Court
# For the District of Columbia

MYLAN LABORATORIES INC. AND
MYLAN PHARMACEUTICALS INC.

    Plaintiff(s)          )          **APPEARANCE**
                          )
                          )
                          )
            vs.           )          CASE NUMBER    07-CV-00571
MICHAEL O. LEAVITT, SECRETARY OF HEALTH AND    )
HUMAN SERVICES, ANDREW C. VON ESCHENBACH, M.D.,COMMISSIONER OF    )
FOOD AND DRUGS, AND THE UNITED STATES FOOD AND DRUG    )
ADMINISTRATION    )
    Defendant(s)          )

To the Clerk of this court and all parties of record:

Please enter the appearance of   Minaksi Bhatt            as counsel in this
                                  (Attorney's Name)

case for:   MYLAN LABORATORIES INC. AND MYLAN PHARMACEUTICALS INC.
                        (Name of party or parties)


April 6, 2007                          _Minaksi Bhatt_
Date                                   Signature

                                       Minaksi Bhatt
434448                                 Print Name
BAR IDENTIFICATION
                                       1425 K Street N.W., Suite 800
                                       Address

                                       Washington DC 20005
                                       City          State          Zip Code

                                       (202)783-6040
                                       Phone Number

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that the foregoing **ENTRY OF APPEARANCE FOR MINAKSI BHATT** as electronically filed this 6th day of April, 2007. Notices of filing will be sent to all parties by operation of the court's electronic filing system. Parties may access this filing through the Court's System.

*Minaksi Bhatt*

Minaksi Bhatt